UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

LUIS HUMBERTO TOAQUIZA ANTE,

        Petitioner,

v.

KRISTI NOEM et al.,

        Respondents.
_____/

Case No. 1:25-cv-1650

Honorable Robert J. Jonker

## **ORDER**

On December 22, 2025, Respondents filed a status report indicating that Respondents "provided Petitioner with a bond hearing on December 18, 2025," and "[t]he Immigration Judge granted Petitioner bond." (ECF No. 8, PageID.100). Consistent with the Court's Judgment entered on December 15, 2025, (ECF No. 7), Respondents shall file the Order of the Immigration Judge within seven days of the date of this order.

    **IT IS SO ORDERED.**


Dated:  January 3, 2026                /s/ Robert J. Jonker
                                                    Robert J. Jonker
                                                    United States District Judge